UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 NOV 10 P 2:32

CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

PERIGNON D. BURGIN,
a.k.a., "INTERNATIONAL,"

Defendant.

**SEALED**

Case No. 26-CR- 26-CR-238

[18 U.S.C. §§ 1591(a)(1) & 1591(b)(1)]

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Beginning in approximately June 2017, and continuing through on or about September 8, 2026, in the State and Eastern District of Wisconsin, the State and Southern District of Florida, the State and Eastern District of Michigan, the State and Southern District of Texas, the State and District of Nevada, and elsewhere,

**PERIGNON D. BURGIN, a.k.a. "INTERNATIONAL,"**

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, and solicit, by any means, AV-1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV-1 to engage in commercial sex acts.

In violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1591, as set forth in this Indictment, the defendant, **PERIGNON D. BURGIN, A.K.A. "INTERNATIONAL,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(e)(1), any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense, and any property traceable to such property, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, a sum of money equal to the proceeds obtained from the offense.

2. If any of the property described above, as a result of any act or omission by the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BIL[redacted]

FOREPERSO[redacted]

Dated: 11·10·2026

ERICA J. LOUNSBRRY
Assistant United States Attorney